UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| DAVID S. ENGLISH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 3:11-cv-0347 |
| v. | ) | |
| | ) | |
| GENERAL DYNAMICS | ) | JUDGE SHARP |
| INFORMATION TECHNOLOGY | ) | |
| COMPANY, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum of Law, Defendant General Dynamics Information Technology Company, Inc.'s Motion for Summary Judgment (Docket Entry No. 27) is GRANTED.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE